# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GREAT LAKE REINSURANCE (UK) PLC,**
**as subrogee of Jeff Verschage,**

                **Plaintiff,**

-vs-                                    **Case No. 6:11-cv-478-Orl-18KRS**

**CARLOS DESPIAU d/b/a Carlos'**
**Fiberglass,**

                **Defendant.**

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Renewed Motion for Entry of Default Judgment (Doc. No. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is **APPROVED.** The Court awards Plaintiff damages in the total amount of $211,803.56 and directs the Clerk of the Court to enter **JUDGMENT** against Defendant Carlos Despiau d/b/a Carlos' Fiberglass in that amount. After entry of judgment, the Clerk of the Court is directed to **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida on this ___2___ day of November 2011.

                           **G. KENDALL SHARP**
                           **SENIOR UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record